**Gricer BERNARD, Plaintiff-Appellant,**

v.

**Megan J. BRENNAN, Postmaster General, Defendant-Appellee.**

**No. 16-1975**

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2017

Decided: March 16, 2017

Kirk J. Angel, ANGEL LAW FIRM, PLLC, Concord, North Carolina, for Appellant. Steven N. Baker, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gricer Bernard appeals the district court's order granting Megan J. Brennan's motion to dismiss Bernard's amended complaint alleging retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2016). We have considered Bernard's arguments and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bernard v. Brennan, No. 1:15-cv-00777-WO-LPA, 2016 WL 3580753 (M.D.N.C. June 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED